UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-15374 |
| | | CHAPTER 13 |
| MAGARET J. BIRD | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>           <u>Amount</u>
 917246                  $357.86


<u>Creditor(s)</u>
Homefront Loan & Asset Managememnt
7000 N Mopac Expressway
Suite 2042
Austin, Texas 78731


                                        Respectfully submitted,


                        /s/    <u>Margaret A. Burks, Esq.    </u>
                               Margaret A. Burks, Esq.
                               Chapter 13 Trustee
                               Attorney No. OH 0030377

                               Francis J. DiCesare, Esq.
                               Staff Attorney
                               Attorney No. OH 0038798

                               Karolina F. Perr, Esq.
                               Staff Attorney
                               Attorney No. OH 0066193

                               600 Vine Street, Suite 2200
                               Cincinnati, OH 45202
                               (513) 621-4488
                               (513) 621 2643 (Facsimile)
                               mburks@cinn13.org - Correspondence only
                               fdicesare@cinn13.org
                               kperr@cinn13.org

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 20, 2010.

                                                       /s/     Margaret A. Burks, Esq.
                                                                  Margaret A. Burks, Esq.

| | |
|---|---|
| Homefront Loan & Asset Managememnt<br>7000 N Mopac Expressway<br>Suite 2042<br>Austin, Texas 78731 | Debtor(s) Counsel<br>GARY A. BILLIG, ESQ.<br>447 NILLES RD #9<br>FAIRFIELD, OH  45014 |
| Debtor(s)<br>MAGARET J. BIRD<br>411 SYCAMORE RD.<br>APT. 1<br>TRENTON, OH  45067 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |